# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

ARTURO ESTEVEZ, Individually and On
Behalf of All Others Similarly Situated,

       Plaintiff,

vs.                                Case No. 1:21-cv-08951-JPC

ORGANIC MATTRESSES, INC.,

       Defendant,

_____/

## STIPULATION FOR DISMISSAL WITH PREJUDICE

       Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Arturo Estevez, Individually and On Behalf of All Others Similarly Situated, and Defendant, Organic Mattresses, Inc., hereby stipulate to the dismissal with prejudice of all claims asserted in this action.  Each party will bear its or his own costs and attorneys' fees.

       Respectfully submitted March 18, 2022.

| | |
|---|---|
| **/s/ Jarrett S. Charo** | **/s/ Robert H. Thornburg** |
| Jarrett S. Charo | Robert H. Thornburg |
| jcharo@mizrahikroub.com | Fla. Bar No. 630829 |
| William J. Downes | E-Mail: rthornburg@allendyer.com |
| wdownes@mizrahikroub.com | ALLEN, DYER, DOPPELT |
| Eduard Y. Kroub | & GILCHRIST, P.A. |
| ekroub@mizrahikroub.com | 1221 Brickell Ave., Suite 2400 |
| Mizrahi Kroub LLP | Miami, Florida 33131 |
| 200 Vesey Street, 24th Floor | Telephone: (305) 374-8303 |
| New York, NY 10281 | Facsimile: (305) 374-8306 |
| Telephone: (212) 595-6200 | |
| Facsimile: (212) 595-9700 | *Attorneys for Defendant* |

*Attorneys for Plaintiff*

SO ORDERED.
Date: March 21, 2022
New York, New York



JOHN P. CRONAN
United States District Judge